# Exhibit

# 2





## SPECIALIZING IN
# LUXURY OCEANFRONT & LAKEFRONT HOMES - VERO TO MIAMI



## EXCLUSIVE LISTINGS | LUXURY HOMES | PRIME OPPORTUNITIES

## 3813 NORTH OCEAN BOULEVARD
### DIRECT OCEANFRONT ESTATE - BEST SOUTH FLORIDA WATERFRONT VALUE
### OCEANFRONT PALM BEACH COUNTY - NEVER AGAIN AT THIS PRICE POINT

cated in the chic town of Gulf Stream—"the" low key, unassuming sweet spot between Boca/Delray & Manalapan/Palm Beach; nutes to everywhere & everything. Manageable & comfortable. This important property is five bedrooms, 8,000 total sq. ft. custom ilt in 2001. Recently reminted in 2015 to blend Classical with Modern creating a warm, inviting design. Fantastic re-imagined aces featuring high ceilings, well-scaled rooms & open entertaining areas including: an enviable gathering kitchen with a 27 ft. and, a formidable & handsome office & a fabulous downstairs Oceanfront grand master suite. An important elevation & vantage int provides that most every turn in this Direct Ocean estate revisits Commanding Ocean views. Setback behind a security gate at frames the property affording the utmost privacy & security. It's your turn to live in an Oceanfront estate. This is undoubtedly lm Beach County's best buying opportunity as an equity hold or investment -blink - it will be sold.  $10,750,000.



# PALM BEACH REAL ESTATE, INC.

@3480

## PALM BEACH ISLAND

189 BRADLEY PLACE, PALM BEACH, FL 33480 (NEXT DOOR TO MEAT MARKET) | 561-833-0238

# PALM BEACH
# REAL ESTATE GUIDE



side by side photo comparisons

cropped  original photo  cropped

cropped

cropped

copyright management information removed





### SPECIALIZING IN
## LUXURY OCEANFRONT & LAKEFRONT HOMES - VERO TO MIAMI

EXCLUSIVE LISTINGS | LUXURY HOMES | PRIME OPPORTUNITIES

## 3813 NORTH OCEAN BOULEVARD
### DIRECT OCEANFRONT ESTATE – BEST SOUTH FLORIDA WATERFRONT VALUE
### OCEANFRONT PALM BEACH COUNTY – NEVER AGAIN AT THIS PRICE POINT

cated in the chic town of Gulf Stream—"the" low key, unassuming sweet spot between Boca/Delray & Manalapan/Palm Beach; nutes to everywhere & everything. Manageable & comfortable. This important property is five bedrooms, 8,000 total sq. ft. custom ilt in 2001. Recently reminted in 2015 to blend Classical with Modern creating a warm, inviting design. Fantastic re-imagined aces featuring high ceilings, well-scaled rooms & open entertaining areas including: an enviable gathering kitchen with a 27 ft. and, a formidable & handsome office & a fabulous downstairs Oceanfront grand master suite. An important elevation & vantage int provides that most every turn in this Direct Ocean estate revisits Commanding Ocean views. Setback behind a security gate at frames the property affording the utmost privacy & security. It's your turn to live in an Oceanfront estate. This is undoubtedly lm Beach County's best buying opportunity as an equity hold or investment -blink - it will be sold. $10,750,000.



## PALM BEACH REAL ESTATE, INC.
## @3348Ø
PALM BEACH ISLAND

89 BRADLEY PLACE, PALM BEACH, FL 33480 (NEXT DOOR TO MEAT MARKET) | 561-833-0238

July 2018 • The Palm Beach Real Estate Guide, Inc. • 23



HOME   SEARCH PROPERTIES ▾   AGENTS   CONTACT US   LOGIN   OUR BLOG ▾   f   ▾   ☉   G+

## NEWS







### Palm Beach is the Perfect Destination to Rent!

In the spotlight, rental properties in Palm Beach, Florida are in high demand! Palm Beach has some of the best luxury rental properties available whether you're looking for a seasonal or annual rental.

Located between the Atlantic Ocean and Intracoastal Waterway, Palm Beach is surrounded by water. The Island allows visitors and residents to enjoy year-round sun, sand, and water. The luxury rental properties in Palm Beach, Florida have close access to some of the best beaches in the state. The tropical warm temperatures make a hot day you're on a permanent vacation. If you're looking to escape the cold, we can find you, the perfect rental properties in Palm Beach, Florida! You can find luxury apartments, condos, townhouses or waterfront estates for rent in Palm Beach, Florida. Let us make 33480 your permanent zip code to help you find a seasonal rental that makes Palm Beach feel like your home away from home.

Dedicated to the good life, Palm Beach has something to offer for everybody. You can make golf your perfect pastime or spend the day shopping along Worth Avenue. If you're a history enthusiast, enjoy the day discovering the legacies of Palm Beach by taking a trip to the Flagler Museum. Also, take advantage of the weather and spend the day outside with family and friends. Palm Beach is home to some of the best restaurants with a wide range of fine dining available. Palm Beach has something for everyone. If you're looking for a place to stay, let us find you the perfect seasonal or annual rental properties in Palm Beach, Florida!

Call Tara Eden Poeti to hear about her quiet availabilities and pocket listings in Palm Beach, Florida and surrounding areas.

[maxbutton id="1"]

189 Bradley Place
Palm Beach, FL 33480
Phone: (561) 833-0238
Email: Pearl@PalmBeachRealEstateInc.com


↗ Share this post   f   ✆   in   G+   ▶



👤 Author

admin

**RELATED POSTS**



**Houses for Sale in Wellington, Florida!**
Wellington has Some of the Best Houses for Sale in South Florida. Wellington is Located in the western-most part of... read more →



**Palm Beach County is Bringing in the Holiday Spirit!**
The warm weather isn't stopping South Florida from getting into the holiday season. Just replace the whole snow with... read more →




**Houses for Sale in Delray Beach, Florida!**
Find Your Home in Delray Beach Delray Beach is located on the coastal area of Palm Beach County between Boca... read more →

**Top 10 Things to Do in Palm Beach County This Winter**
The Weather is Cooling Down and Season has Arrived! Palm Beach County is bustling with a multitude of events, festivals,... read more →

**ABOUT US**

We are able to serve the needs of our buyers very differently than any other real estate firm because our agents, brokers and supporting staff are the most talented and experienced individuals. It is committed to completely fulfilling our clients needs through personally tailored service and high-powered results.

**Contact Info**
Palm Beach Real Estate Inc.
189 Bradley Place, Palm Beach, FL 33480
Phone: 561-833-0238
Email: Pearl@PalmBeachRealEstateInc.com

**Follow Us**
f   ✆   ☉   in

**Located on Palm Beach**



PALM BEACH REAL ESTATE INC.

HOME   SEARCH PROPERTIES ▾   AGENTS   CONTACT US   LOGIN   OUR BLOG ▾

## NEWS

### Top 10 Things to Do in Palm Beach County This Winter

### The Weather is Cooling Down and Season has Arrived!



189 Bradley Place
Palm Beach, FL 33480
Phone: (561) 833-0238
Email: Pearl@PalmBeachRealEstateInc.com

↪ Share this post    

👤 Author

admin

**RELATED POSTS**




**Houses for Sale in Wellington, Florida!**

Find out how some of the Best Houses for Sale in South Florida. Wellington is located in the western-most part of... read more ›




**Palm Beach County is Bringing in the Holiday Spirit!**

The warm weather isn't stopping South Florida from getting the holiday season just replace the white snow with... read more ›





**Houses for Sale in Delray Beach, Florida!**

Find Your Home in Delray Beach-Delray Beach is located on the coastal area of Palm Beach County between Boca... read more ›




**Rental Properties in Palm Beach, Florida**

In the spotlight, rental properties in Palm Beach, Florida are in high demand! Palm Beach had some of the... read more ›

**ABOUT US**

We are able to serve the needs of our buyers very differently than any other real estate firm because our agents, brokers and supporting staff are the most talented and experienced individuals, truly committed to completely fulfilling our clients needs through personally tailored service and high-powered results.

Contact Info
Palm Beach Real Estate Inc.
189 Bradley Place, Palm Beach, FL 33480
Phone: 561-833-0238
Email: Pearl@PalmBeachRealEstateInc.com

Follow Us


Located on Palm Beach



side by side photo comparisons

cropped

original photo

cropped

copyright management information removed



©AAP 2011 all rights reserved