# Exhibit
# 3



Joel B. Rothman
*Board Certified in Intellectual Property Law*
Direct: 561.404.4335
joel.rothman@sriplaw.com

July 22, 2019

**VIA FEDEX and EMAIL: pearl@palmbeachrealestateinc.com**
Ms. Tara Pearl
Palm Beach Real Estate, Inc.
189 Bradley Place
Palm Beach, FL 33480

**Re: Affordable Aerial Photography, Inc. v. Palm Beach Real Estate, Inc.**
**Our File No.: 00022-0060**

Dear Ms. Pearl,

We write on behalf of our client Affordable Aerial Photography, Inc. for purposes of resolving a case of copyright infringement against you by our client. This demand is privileged from disclosure pursuant to FRE Rule 408.

Please provide this letter to your general liability insurance carriers or other providers of insurance that may cover this claim and refer them to the enclosed demand pursuant to § 627.4137, Florida Statutes, for insurance information in this matter.

*Affordable Aerial Photography, Inc. ("AAP")*
Our client is an experienced professional photographer who makes a living from photography. Robert Stevens, owner of Affordable Aerial Photography, Inc., is a high-end real estate photographer who makes his living photographing million-dollar homes for real estate agents. Stevens is an employee of his company, AAP, which provides photo shoots to a client's specifications. Stevens is self-taught, but his photographs rival those taken by photographers who charge thousands more. AAP licenses its photos to agents pursuant to a written license. The license is granted only to the agent for whom the photos were taken.

AAP retains all copyrights to its photographs. AAP licenses its copyrighted Works, such as the ones in this case, for commercial use.

In 2011, Robert Stevens created images listed in the table below, hereinafter referred to as the "Works."

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

21301 Powerline Road
Suite 100
Boca Raton, FL 33433

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350
Fax: 561.404.4353
www.sriplaw.com

Ms. Tara Pearl
Palm Beach Real Estate, Inc.
July 22, 2019
Page 2

| Copyright Title | Registration Number | Registration Issue Date |
|---|---|---|
| Palm Beach Island Sunrise 2011 AAP, Nov. 22, 2011 | VA 1-970-038 | 9/16/2015 |
| 3813 N Ocean Blvd low aerial 2016 AAP | VA 2-107-890 | 6/21/2018 |

The Works at issue are shown below. At the time the Works were created, AAP applied Copyright Management Information to the images.

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

21301 Powerline Road
Suite 100
Boca Raton, FL 33433

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350
Fax: 561.404.4353
www.sriplaw.com

Ms. Tara Pearl
Palm Beach Real Estate, Inc.
July 22, 2019
Page 3

*Infringement by Palm Beach Real Estate, Inc. ("PBRE")*
The infringement at issue was identified on July 5, 2018.  We have enclosed
contemporaneous evidence of the infringement by PBRE.  In addition to the
infringement, AAP's photograph was very obviously cropped as shown on the attached.

You have employed our client's Works in at least the manner indicated in the evidence
attached.  Your unauthorized use commenced on at least the date indicated above.  You
are fully aware that the Works you used are our client's Works.  No one from your
company ever sought a license from our client to use the Works for any purpose.

You have copied, displayed and distributed our client's Works without permission,
license or consent.  The use of a creator's photographic image without written consent or
license violates the United States Code, Title 17, and The Copyright Act.  The Copyright
Act provides for entry of an injunction directing removal of the offending materials
pending litigation.  This letter shall serve as formal notice that you immediately cease
and desist all unauthorized uses of our client's Works.  Any such further uses shall be at
your peril.

If you possess a contract, license, agreement or writing on which you will rely for
authorization of your use of our client's Works, please provide us with this evidence so
we may avoid further controversy or litigation.  Otherwise, we will be forced to assume
that your use violated the law.

*Damages*
Copyright law provides several different elements of compensation to AAP when a
work is infringed or altered.  Section 504 permits AAP to recover actual damages plus
"any additional profits of the infringer that are attributable to the infringement and are
not taken into account in computing the actual damages," or statutory damages of up to
$150,000 per work infringed if the registration predated the infringement.  AAP can
present both damages theories to the jury and select the higher award any time prior to
entry of judgment.

Academic studies have demonstrated that the use of good quality photographs more
effectively market and advertise products and drive sales.  AAP's photographs are of the
highest quality.  AAP's photographs are also scarce since it is one of the only sources of
such quality photographs.

AAP's damages are not limited to what it would have agreed to license the Works for
prior to the infringement.  Rather, AAP's actual damages will be measured by the fair
market value of the photograph considering PBRE's use to sell and promote its business.

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

21301 Powerline Road
Suite 100
Boca Raton, FL 33433

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350
Fax: 561.404.4353
www.sriplaw.com

Ms. Tara Pearl
Palm Beach Real Estate, Inc.
July 22, 2019
Page 4

AAP's actual damages must be measured in light of PBRE's use of AAP's high quality and unique Works.

This is consistent with federal courts' approach to broadly construing the term "actual damages" to favor victims of infringement.  See, e.g., *Davis v. Gap, Inc.*, 246 F.3d 152, 164 (2d Cir. 2001).  The fair market value approach for calculating damages is an accepted approach to valuing the defendants' uses of photographs.  See *Leonard v. Stemtech Int'l, Inc.*, Nos. 15-3198, 15-3247, 2016 U.S. App. LEXIS 15565 (3d Cir. Aug. 24, 2016).  In addition, AAP can offer evidence of the actual cost to take the photograph infringed on a time and materials basis.

Section 504 of the Copyright Act permits AAP to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages." Therefore, AAP will also be entitled to PBRE's profits from the infringement, based upon the revenue PBRE earned in connection with the use of AAP's Works.

Alternatively, AAP could seek statutory damages for infringement in an amount of up to $30,000 per work infringed if the registration predated the infringement.  There is also the possibility that a judge or jury could determine that PBRE's infringement was willful. If PBRE's infringement was shown to be willful, the statutory damage award would increase to an amount up to $150,000 per work infringed.

There is also the issue of the removal of AAP's copyright management information.  17 USC 1203(c)(3)(B) permits AAP to recover statutory damages of not less than $2,500 or more than $25,000 per violation of the prohibition against alteration or removal of copyright management information contained in Section 1202.  Based upon PBRE's removal of AAP's CMI, AAP will seek the maximum statutory damages of $25,000 per photograph against PBRE for this violation.

*Demand*
In order to determine how to proceed, please provide us with information and documents showing:

1.    the full nature and extent of the use of our client's Works, in any and all formats;

2.    representative copies in any and all tangible form and media in which our client's Works were incorporated or employed; and

3.    the source of the Works.

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

21301 Powerline Road
Suite 100
Boca Raton, FL 33433

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350
Fax: 561.404.4353
www.sriplaw.com

Ms. Tara Pearl
Palm Beach Real Estate, Inc.
July 22, 2019
Page 5


Upon receipt of this information we will consider and determine an appropriate amount required to be paid to our client in compensation.

Please carefully consider this letter and the associated exhibits and provide them to your attorneys and insurance carriers.  If we do not receive a response from you or a representative by August 5, 2019, we will take further steps to protect our client's rights. We look forward to your prompt response.

Sincerely,

**SRIPLAW**


Joel B. Rothman


JBR/ld
Enclosures

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

21301 Powerline Road
Suite 100
Boca Raton, FL 33433

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350
Fax: 561.404.4353
www.sriplaw.com

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**

**VA 1-970-038**

**Effective Date of Registration:**
September 16, 2015

## Title

**Title of Work:** Group Registration Photos, Selected 2011 Photographs Part A1 Including Waterview Towers, Juno Beach Pier, Trianon, One Singer Island and Others published Apr. 30, 2011 to Nov. 22, 2011; 87 photos

**Content Title:** Bethesda Breakers aerial 2011 AAP, Apr. 30, 2011; Palm Beach Towers aerial a 2011 AAP, Apr. 30, 2011; Kravis Center WPB aerial c 2011 AAP, Apr. 30, 2011; Tourneau Clock Worth Ave 2011 AAP, Apr. 30, 2011; West Palm Night Lights 2011 AAP, Apr. 30, 2011; Roger Dean Stadium Jupiter 2011 AAP, Apr. 30, 2011; Palm Beach Biltmore aerial d 2011 AAP, Apr. 30, 2011; One Watermark Place and Boats a 2011 AAP, Apr. 30, 2011; Trianon West Palm aerial G 2011 AAP, Apr. 30, 2011; One Watermark Place and Boats b 2011 AAP, Apr. 30, 2011; Sun & Surf Palm Beach aerial a 2011 AAP, Apr. 30, 2011; Martinique Singer Island aerial a 2011 AAP, Apr. 30, 2011; Hel 2011 264 copy, Apr. 30, 2011; Juno Beach Pier B 2011 AAP, Apr. 30, 2011; Juno Beach Pier A, Apr. 30, 2011 AAP, 2011; Kayakers from above 2011 AAP, Apr. 30, 2011; 8764 SE North Passage Way Aerial 1, Apr. 30, 2011; Juno Beach Pier sunrise B 2011 AAP, Apr. 30, 2011; Juno Beach Pier sunset d 2011 AAP, Apr. 30, 2011; Waterview Towers WPB aerial b 2011 AAP, Apr. 30, 2011; West Palm aerial pano B 2011 AAP, Apr. 30, 2011; Ballantrae Gulf Stream aerial a 2011 AAP, Apr. 30, 2011; Breakers Hotel Palm Beach aerial d 2011 AAP, Apr. 30, 2011; Sun & Surf Palm Beach aerial b 2011 AAP, Apr. 30, 2011;Sun and Surf aerial c 2011 AAP, Apr. 30, 2011; PGA clubhouse aerial 2011 AAP, Apr. 30, 2011; Waterview Towers WPB aerial a 2011 AAP, Apr. 30, 2011; Bethesda Breakers aerial 2011 AAP, Apr. 30, 2011; Slade Building WPB aerial d 2011 AAP, Apr. 30, 2011; Biltmore Night X 2011 AAP, Apr. 30, 2011;

Toscana Highland Beach aerial a 2011 AAP, Nov. 22, 2011; Marina Grande aerial d
2011 AAP, Nov. 22, 2011; Parc Regent aerial A 2011 AAP, Nov. 22, 2011; Biltmore
Palm Beach 2011 aerial b 2011 AAP, Nov. 22, 2011; Palm Beach Biltmore Aerial C
2011 AAP, Nov. 22, 2011; Palm Beach Island Sunrise 2011 AAP, Nov. 22, 2011; Four
Arts B 2011 AAP, Nov. 22, 2011; Four Arts A 2011 AAP, Nov. 22, 2011; One Singer
Island Game Room C 2011 AAP, Nov. 22, 2011; One Singer Island sitting area A 2011
AAP, Nov. 22, 2011; One Singer Island Theater 2011 AAP, Nov. 22, 2011; One Singer
Island Hall A 2011 AAP, Nov. 22, 2011; One Singer Island social room 2011 AAP,
Nov. 22, 2011; One Singer Island sitting area B 2011 AAP, Nov. 22, 2011;

One
Singer Island lounge 2011 AAP, Nov. 22, 2011; One Singer Island game room
2011
AAP, Nov. 22, 2011; One Singer Island Fitness 2011 AAP, Nov. 22, 2011; One
Singer
Island Hall B 2011 AAP, Nov. 22, 2011; West Palm Beach fireworks 2011
AAP, Nov.
22, 2011; Flagler Museum full moon 2011 AAP, Nov. 22, 2011; Palm Beach
Clock
Tower A 2011 AAP, Nov. 22, 2011; Blowing Rocks Jupiter Island sunset 2011
AAP,
Nov. 22, 2011; 8764 SE North Passage Way Aerial 2, Nov. 22, 2011; 8764 SE
North
Passage Way Dock, Nov. 22, 2011; Singer Island Pano K 2011 AAP, Nov. 22,
2011;
Singer Island beach pano 2011 AAP, Nov. 22, 2011; PGA sunset A 2011 AAP,
Nov. 22,
2011; PGA sunset B 2011 AAP, Nov. 22, 2011; Old Port Cove sunset 2011
AAP, Nov.
22, 2011; One Watermark Place at sunset 2011 AAP, Nov. 22, 2011; 176
Spyglass Ln
aerial 2011 AAP, Nov. 22, 2011; The Villas Palm Beach 2011 AAP, Nov. 22,
2011;
Trump Plaza game room AAP 2011, Nov. 22, 2011; Ibis Golf and Country Club
B 2011
AAP, Nov. 22, 2011; The Loxahatchee Club Clubhouse sunset 2011 AAP, Nov.
22,
2011; Old Port Cove aerial a 2011 AAP, Nov. 22, 2011; Water Glades Singer
Island
aerial a 2011 AAP, Nov. 22, 2011;

Connemara Singer Island aerial a 2011 AAP, Nov.
22, 2011; Dune Towers aerial a 2011 AAP, Nov. 22, 2011; Seagrape Singer
Island
aerial 2011 AAP, Nov. 22, 2011; Dunes Singer Island aerial a 2011 AAP, Nov.
22,
2011; Eastpointe of Singer Island, Nov. 22, 2011; Eastpointe Singer Island
Aerial
a 2011 AAP, Nov. 22, 2011; One Singer Island aerial a 2011 AAP, Nov. 22,
2011;
Reaches Singer Island aerial a 2011 AAP, Nov. 22, 2011; Capri of Singer Island

aerial a 2011 AAP, Nov. 22, 2011; Corniche Singer Island aerial a 2011 AAP,
Nov.
22, 2011; Via Delfino Singer Island aerial a 2011 AAP, Nov. 22, 2011;
Seawinds
Singer Island aerial a 2011 AAP, Nov. 22, 2011; Oceans Edge aerial H 2011
AAP,
Nov. 22, 2011; Oceans Edge at Singer Is aerial a 2011 AAP, Nov. 22, 2011;
Beach
Front Singer Island aerial a 2011 AAP, Nov. 22, 2011; Cote D Azur Singer
Island
aerial a 2011 AAP, Nov. 22, 2011; Martinique Singer Island aerial b 2011 AAP,

Nov. 22, 2011; Tiara Singer Island aerial a 2011 AAP, Nov. 22, 2011; Phoenix
Towers Singer Is aerial a 2011 AAP, Nov. 22, 2011; Cannonsport Singer Island



aerial a 2011 AAP, Nov. 22, 2011;

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** April 30, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** September 16, 2015

---

**Copyright Office notes:** Basis for Registration: Registered as a group of published photographs.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-107-890**
**Effective Date of Registration:**
June 21, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 04, 2016 to August 05, 2016

## Title

**Title of Group:** Selected 2016 Photographs R20 Including 12235 Tillinghast Cir, 3813 N Ocean Blvd and Others Case Number 1-6471891076

**Number of Photographs in Group:** 7

- **Individual Photographs:** 12235 Tillinghast Cir front nite 2016 AAP, 3813 N Ocean Blvd low aerial 2016 AAP
  **Published:** January 2016
- **Individual Photographs:** Cypress Island Cir aerial 2016 AAP, 005
  **Published:** March 2016
- **Individual Photographs:** 386 S Beach Rd rear aerial 2016 AAP
  **Published:** April 2016
- **Individual Photographs:** Singer Island sunrise 004b 2016 AAP
  **Published:** June 2016
- **Individual Photographs:** 107 Valencia Blvd front 2016 AAP
  **Published:** August 2016

## Completion/Publication

**Year of Completion:** 2016
**Earliest Publication Date in Group:** January 04, 2016
**Latest Publication Date in Group:** August 05, 2016
**Nation of First Publication:** United States

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  **Author Created:** photographs
  **Work made for hire:** Yes

**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** May 31, 2018

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

*0000VA0002107890202*

HOME SWEET HOME
#LiveInPalmBeach
Palm Beach Real Estate Inc.
Like This Page · March 24, 2017
Make #PalmBeach your Home Sweet Home!
Like
Comment
Share
Write a comment...

# side by side photo comparisons

original photo

cropped

cropped

cropped

cropped

copyright management information removed

HOME SWEET HOME

#LiveInPalmBeach

Palm Beach Real Estate Inc.

Like Comment Share

SPECIALIZING IN

LUXURY OCEANFRONT & LAKEFRONT HOMES - VERO TO MIAMI

EXCLUSIVE LISTINGS | LUXURY HOMES | PRIME OPPORTUNITIES

## 3813 NORTH OCEAN BOULEVARD

DIRECT OCEANFRONT ESTATE - BEST SOUTH FLORIDA WATERFRONT VALUE
OCEANFRONT PALM BEACH COUNTY - NEVER AGAIN AT THIS PRICE POINT

ocated in the chic town of Gulf Stream—"the" low key, unassuming sweet spot between Boca/Delray & Manalapan/Palm Beach; inutes to everywhere & everything. Manageable & comfortable. This important property is five bedrooms, 8,000 total sq. ft. custom iilt in 2001. Recently reminted in 2015 to blend Classical with Modern creating a warm, inviting design. Fantastic re-imagined aces featuring high ceilings, well-scaled rooms & open entertaining areas including: an enviable gathering kitchen with a 27 ft. and, a formidable & handsome office & a fabulous downstairs Oceanfront grand master suite. An important elevation & vantage oint provides that most every turn in this Direct Ocean estate revisits Commanding Ocean views. Setback behind a security gate at frames the property affording the utmost privacy & security. It's your turn to live in an Oceanfront estate. This is undoubtedly alm Beach County's best buying opportunity as an equity hold or investment -blink - it will be sold. $10,750,000.

PALM BEACH REAL ESTATE, INC.

PALM BEACH ISLAND

189 BRADLEY PLACE, PALM BEACH, FL 33480 (NEXT DOOR TO MEAT MARKET) | 561-833-0238

# Palm Beach Real Estate Guide



side by side photo comparisons

cropped
original photo
cropped
cropped
cropped
copyright management information removed
SPECIALIZING IN
LUXURY OCEANFRONT & LAKEFRONT HOMES - VERO TO MIAMI
EXCLUSIVE LISTINGS | LUXURY HOMES | PRIME OPPORTUNITIES

3813 NORTH OCEAN BOULEVARD

DIRECT OCEANFRONT ESTATE - BEST SOUTH FLORIDA WATERFRONT VALUE
OCEANFRONT PALM BEACH COUNTY - NEVER AGAIN AT THIS PRICE POINT

ɔcated in the chic town of Gulf Stream—"the" low key, unassuming sweet spot between Boca/Delray & Manalapan/Palm Beach; nutes to everywhere & everything. Manageable & comfortable. This important property is five bedrooms, 8,000 total sq. ft. custom iilt in 2001. Recently reminted in 2015 to blend Classical with Modern creating a warm, inviting design. Fantastic re-imagined ɔaces featuring high ceilings, well-scaled rooms & open entertaining areas including: an enviable gathering kitchen with a 27 ft. and, a formidable & handsome office & a fabulous downstairs Oceanfront grand master suite. An important elevation & vantage ɔint provides that most every turn in this Direct Ocean estate revisits Commanding Ocean views. Setback behind a security gate at frames the property affording the utmost privacy & security. It's your turn to live in an Oceanfront estate. This is undoubtedly ılm Beach County's best buying opportunity as an equity hold or investment -blink - it will be sold. $10,750,000.

PALM BEACH REAL ESTATE, INC.
@33480
PALM BEACH ISLAND

189 BRADLEY PLACE, PALM BEACH, FL 33480 (NEXT DOOR TO MEAT MARKET) | 561-833-0238



Joel B. Rothman
*Board Certified in Intellectual Property Law*

Direct: 561.404.4335
joel.rothman@sriplaw.com

July 22, 2019

**VIA FEDEX and EMAIL: pearl@palmbeachrealestateinc.com**
Ms. Tara Pearl
Palm Beach Real Estate, Inc.
189 Bradley Place
Palm Beach, FL 33480

**Re:   Affordable Aerial Photography, Inc. v. Palm Beach Real Estate, Inc.**
         **Our File No.:  00022-0060**

Dear Ms. Pearl,

We write pursuant to § 627.4137, Florida Statutes, to demand a response with insurance information for each known policy of liability insurance your clients may have that may provide coverage for all or a portion of our client's claims in this matter:

(a)  The name of the insurer.
(b)  The name of each insured.
(c)  The limits of the liability coverage.
(d)  A statement of any policy or coverage defense which such insurer reasonably believes is available to such insurer at the time of filing such statement, and
(e)  A copy of the policy.

Thank you in advance for your anticipated cooperation.

Sincerely,

**SRIPLAW**

Joel B. Rothman

JBR/ld

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

21301 Powerline Road
Suite 100
Boca Raton, FL 33433

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350
Fax: 561.404.4353
www.sriplaw.com



Joel B. Rothman
*Board Certified in Intellectual Property Law*
Direct: 561.404.4335
joel.rothman@sriplaw.com

October 1, 2019

<u>VIA EMAIL: pearl@palmbeachrealestateinc.com</u>
Ms. Tara Pearl
Palm Beach Real Estate, Inc.
189 Bradley Place
Palm Beach, FL 33480

**Re: Affordable Aerial Photography, Inc. v. Palm Beach Real Estate, Inc.**
**Our File No.: 00022-0060**

Dear Ms. Pearl,

We write this follow up letter on behalf of our client Affordable Aerial Photography, Inc. for the purposes of resolving a case of copyright infringement against you by our client. This demand is privileged from disclosure pursuant to FRE Rule 408.

Enclosed please find our prior letter dated July 22, 2019, wherein we detailed the basis of the copyright infringement claim against you, including the evidence of infringement.

Our client has identified additional uses of his Works by you, copies of which are attached hereto, together with a copy of the Registration Certificate for the Work. It is imperative that you respond to us. If we do not hear from you, we will be forced to take further steps to protect our client's rights, including filing a lawsuit against you. We also repeat our demand that you tender this claim to your insurance carrier. We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Joel B. Rothman

JBR/jcj
Attachments

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

21301 Powerline Road
Suite 100
Boca Raton, FL 33433

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350
Fax: 561.404.4353
www.sriplaw.com

# NEWS

Dec By admin Blog Comments Off on Rental Properties in Palm Beach, Florida

In the spotlight, rental properties in Palm Beach, Florida are in high demand! Palm Beach has some of the best luxury rental properties available whether you're looking for a seasonal or annual rental.

Located between the Atlantic Ocean and Intracoastal Waterway, Palm Beach is surrounded by water. The Island allows visitors and residents to enjoy year-round sun, sand, and water. The luxury rental properties in Palm Beach, Florida have close access to some of the best beaches in the state. The tropical warm temperatures make it feel like you're on a permanent vacation. If you're looking to escape the cold, we can find you the perfect rental properties in Palm Beach, Florida! You can find luxury apartments, condos, townhouses or waterfront estates for rent in Palm Beach, Florida. Let us make 33480 your permanent zip code or help you find a seasonal rental that makes Palm Beach feel like your home away from home.

## Palm Beach is the Perfect Destination to Rent!

Dedicated to the good life, Palm Beach has something to offer for everybody. You can make golf your perfect pastime or spend the day shopping along Worth Avenue. If you're a history enthusiast, enjoy the day discovering the legacies of Palm Beach by taking a trip to the Flagler Museum. Also, take advantage of the weather and spend the day outside with family and friends. Palm Beach is home to some of the best restaurants, with a wide range of fine dining available. Palm Beach has something for everyone. If you're looking for a place to stay, let us find you the perfect seasonal or annual rental properties in Palm Beach, Florida!

Call Tara Eden Pearl to hear about her quiet availabilities and pocket listings in Palm Beach, Florida and surrounding areas.

[maxbutton id="1"]

**189 Bradley Place**
**Palm Beach, FL 33480**
**Phone: (561) 833-0238**
**Email: Pearl@PalmBeachRealEstateInc.com**

Share this post

Author

admin

**RELATED POSTS**

10 Nov **Houses for Sale in Wellington, Florida!**

Wellington has Some of the Best Houses for Sale in South Florida. Wellington is located in the western-most part of... read more ›

28 Nov **Palm Beach County is Bringing in the Holiday Spirit!**

The warm weather isn't stopping South Florida from getting into the Holiday season. Just replace the white snow with... read more ›

07 Nov **Houses for Sale in Delray Beach, Florida!**

Find Your Home in Delray Beach Delray Beach is located on the coastal area of Palm Beach County between Boca... read more ›

01 Dec **Top 10 Things to Do in Palm Beach County This Winter**

The Weather is Cooling Down and Season has Arrived! Palm Beach County is bustling with a multitude of events, festivals... read more ›

**ABOUT US**

We are able to serve the needs of our buyers very differently than any other real estate firm because our agents, brokers and supporting staff are the most talented and experienced individuals, truly committed to completely fulfilling our clients needs through personally tailored service and high-powered results.

Contact Info

Palm Beach Real Estate Inc.
189 Bradley Place, Palm Beach, FL 33480

Phone: 561-833-0238

Email: Pearl@PalmBeachRealEstateInc.com

Follow Us

Located on Palm Beach



## NEWS

# Top 10 Things to Do in Palm Beach County This Winter

01 Dec

By admin | Blog | Comments Off on Top 10 Things to Do in Palm Beach County This Winter

## The Weather is Cooling Down and Season has Arrived!

Palm Beach County is bustling with a multitude of events, festivals, and galas to enjoy this winter. You won't want to miss out on any of these fun-filled family events, winter wonderlands, and glamorous galas happening in Palm Beach County! Here is a list of our top ten events happening in Palm Beach County! (in no particular order):

1. Among the festivals and events this year is Palm Beaches' very own Food and Wine Fest, occurring December 8th through 11th. This year's festival is being held at the distinguished Four Seasons Resort Palm Beach. World-renowned chefs will be creating delectable culinary dishes paired with premium wines. Mingle among your friends while enjoying wine tastings followed by an exquisite meal and even better desserts. Foodies are not going to want to miss this one! (http://www.palmbeachfl.com/events-palm-beach/culinary-happenings/food-wine-festival/)

2. Palm Beach is revving up for their winter festivities on the water. On December 3rd, the Town hosts its annual Palm Beach Holiday Boat Parade. The boats' holiday lights glisten on the water's reflection while Christmas music is played and fireworks launched above. The famous parade ends at the iconic Jupiter Lighthouse right around the corner from Jupiter's prestigious Harborside and Riverwalk. There are a multitude of amazing places to view this show from one's own backyard to public parks and waterways. (http://www.palmbeachboatparade.com)

3. Continuing the holiday festivities a little further south in Greenacres is Hoffman's Chocolates Winter Wonderland. This event attracts visitors with their magical holiday displays, Christmas carolers, musicians, and magicians. There is something for everyone at Hoffman's Chocolates Winter Wonderland. Santa and Mrs. Claus even pose for photo ops with the kids! Don't miss the beautiful, intricate never-ending light displays. It may be hard to leave because of Hoffman's Chocolates free samplers of chocolates and confectionaries. This is a family friendly event that even the adults will love! (https://www.hoffmans.com)

4. You don't want to miss Palm Beach County's very own holiday sandcastle! West Palm Beach's Sandi Land on the waterfront in Downtown West Palm Beach hosts their annual holiday festivities! Sandi Land includes a towering 35-foot sandcastle tree with with real lights! There is also the synchronized musical light show complete with interactive snowflakes. You don't want to miss this dazzling display. There is also Snow-Ville, a tropical snow village for kids to create their very own snowman! West Palm Beach's festivities don't end there though; there is also Holiday FantaSEA, a holiday themed aquarium diorama. Between the light shows, concerts, and holiday displays, you're not going to want to miss downtown West Palm Beach this winter! (http://www.wpb.org/#/welcome)

5. If you're looking for a truly tropical way to spend the holidays this season, there is Sea Turtle Holiday Celebrations at Jupiter's Loggerhead Marinelife Center. This is a true Florida style holiday celebration! Bring the family and kids to see a variety of wild sea turtles up close. Then join a scheduled tour to walk across the beach and watch turtles lay their eggs and turtle hatchings! Bring the kids to this event then have an adult's night out at the Beach Bash Palm Beach gala to raise money for the turtles! This is a unique Florida festivity that one will not want to miss out on this winter! (https://www.marinelife.org)

6. Palm Beaches' very own Worth Avenue will be hosting its annual Christmas tree lighting complete with a parade! There will be floats and none other than Santa Claus himself! Stroll along the famous Worth Avenue looking at shops and the sunset over the beach before heading over to the corner of Hibiscus and Worth Avenue for the parade and tree lighting at 6:29 pm! (http://worth-avenue.com/specialevent/christmas-tree-lighting/)

7. At Ann Norton's Sculpture Garden in West Palm Beach this season, there is the festival of the trees, a beautiful Christmas display put on to support the educational programs, historical house, and sculpture museum. The sculpture garden is transformed into a beautiful Winter Wonderland complete with more than 25 professionally decorated trees. There are live performances every night from ballet to choir. This event is open to the public December 3rd through 10th and 12th through the 14th. Ann Norton's opening gala is December 2nd, and starts off all the festivities. (http://www.ansg.org)

8. The annual Royal Palm Beach Winter Fest is on again this year! On December 3rd, this fun event will kick off with live entertainment, music, and a variety of different food options! There will be local bands, choirs, and dance teams performing for the holiday season. You don't want to miss this holiday cheer! (http://www.pottevents.com/rpb-winter-fest.html)

9. This winter, The Symphonic Band of the Palm Beaches will be performing its annual holiday concerts on December 5th and December 11th. These concerts will feature the music of Sousa and Tchaikovsky. This traditional holiday show will surely spread the cheer. (http://www.symphonicband.org)

10. All aboard! Here in Florida, we may not have the Polar Express, but we do have the Cookie Cruise with Santa! This is a yacht cruise out of Delray Beach where you can sip on your favorite cocktails and wine, enjoy the views, and taste a variety of delectable desserts. This cruise will be leaving port on December 20th. Get your tickets now! (http://100ftchristmastree.com)

Palm Beach County is bustling with a plethora of splendid holiday events to attend! Grab your family and friends and enjoy everything from chocolate samplings to yacht cruises and wine festivals! The Palm Beaches is where you are going to want to be this holiday season! Let us know your favorite Holiday Tradition!

**189 Bradley Place**
**Palm Beach, FL 33480**
**Phone: (561) 833-0238**
**Email: Pearl@PalmBeachRealEstateInc.com**

Share this post

Author

admin

**RELATED POSTS**

10 Nov **Houses for Sale in Wellington, Florida!**

Wellington has Some of the Best Houses for Sale in South Florida. Wellington is located in the western-most part of... read more ›

28 Nov **Palm Beach County is Bringing in the Holiday Spirit!**

The warm weather isn't stopping South Florida from getting into the holiday season. Just replace the white snow with... read more ›

07 Nov **Houses for Sale in Delray Beach, Florida!**

Find Your Home in Delray Beach Delray Beach is located on the coastal area of Palm Beach County between Boca... read more ›

12 Oct **Rental Properties in Palm Beach, Florida**

In the spotlight, rental properties in Palm Beach, Florida are in high demand! Palm Beach has some of the... read more ›

**ABOUT US**

We are able to serve the needs of our buyers very differently than any other real estate firm because our agents, brokers and supporting staff are the most talented and experienced individuals, truly committed to completely fulfilling our clients needs through personally tailored service and high-powered results.

Contact Info

Palm Beach Real Estate Inc.
189 Bradley Place, Palm Beach, FL 33480

Phone: 561-833-0238

Email: Pearl@PalmBeachRealEstateInc.com

Follow Us

Located on Palm Beach

© Copyright 2016. All rights reserved.



side by side photo comparisons

PALM BEACH REAL ESTATE, INC.
50 YEARS

HOME SEARCH PROPERTIES AGENTS CONTACT US LOGIN OUR BLOG

NEWS

original photo

cropped

cropped

By admin Blog Comments Off on Rental Properties in Palm Beach, Florida

In the spotlight, rental properties in Palm Beach, Florida are in high demand! Palm Beach has some of the best

copyright management information removed



©AAP 2011 all rights reserved

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-092-956**
**Effective Date of Registration:**
July 09, 2015

## Title

**Title of Work:** Group Registration Photos, Selected 2011 Photographs Including Breakers, Trianon, Biltmore, One Singer Island, Trump Plaza and Others, published Jan. 28, 2011 to Nov. 22, 2011; 35 photos

**Content Title:** Bethesda Breakers aerial 2011 AAP, Jan. 28, 2011; West Palm Night Lights 2011 AAP, March 17, 2011; Roger Dean Stadium Jupiter 2011 AAP, March 18, 2011; Trianon West Palm aerial G 2011 AAP, March 26, 2011; Juno Beach Pier B 2011 AAP, Apr. 1, 2011; Juno Beach Pier A 2011 AAP, Apr. 1, 2011; 8764 SE North Passage Way Aerial 1, Apr. 2, 2011; North Passage Aerial Tequesta, Apr. 2, 2011; Juno Beach Pier sunrise B 2011 AAP, Apr.3, 2011; West Palm aerial pano B 2011 AAP, Apr. 9, 2011; Biltmore Night X 2011 AAP, Apr. 30, 2011; Parc Regent aerial A 2011 AAP, Jun. 11, 2011; Palm Beach Biltmore Aerial C 2011 AAP, Jun. 11, 2011; Four Arts B 2011 AAP, Jun. 22, 2011; Four Arts A 2011 AAP, Jun. 22, 2011; One Singer Island Game Room C 2011 AAP, Jul. 1, 2011; One Singer Island sitting area A 2011 AAP, Jul. 1, 2011; One Singer Island Theater 2011 AAP, Jul. 1, 2011; One Singer Island Hall A 2011 AAP, Jul. 1, 2011; One Singer Island social room 2011 AAP, Jul. 1, 2011; One Singer Island sitting area B 2011 AAP, Jul. 1, 2011; One Singer Island lounge 2011 AAP, Jul. 1, 2011; One Singer Island game room 2011 AAP, Jul. 1, 2011; One Singer Island Fitness 2011 AAP, Jul. 1, 2011; One Singer Island Hall B 2011 AAP, Jul. 1, 2011; Palm Beach Clock Tower A 2011 AAP, Jul. 19, 2011; 8764 SE North Passage Way Aerial 2, Aug. 5, 2011; 8764 SE North Passage Way Dock, Aug. 5, 2011; Singer Island Pano K 2011 AAP, Aug. 26, 2011; PGA sunset A 2011 AAP, Sept. 12, 2011; PGA sunset B 2011 AAP, Sept. 12, 2011; The Villas Palm Beach 2011 AAP, Oct. 24, 2011; Trump Plaza game room AAP 2011, Oct. 25, 2011; Ibis Golf and Country Club B 2011 AAP, Oct. 26, 2011; Oceans Edge aerial H 2011 AAP, Nov. 22, 2011;

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** January 28, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC
  **Author Created:** photograph

**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC
1123 Melinda Ln, Haverhill, FL, 33417

## Certification

**Name:** Robert Stevens
**Date:** July 09, 2015

*0000VA00020929560202*