UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:20-cv-81307

AFFORDABLE AERIAL PHOTOGRAPHY,
INC.,

    Plaintiff,

v.

PALM BEACH REAL ESTATE, INC. AND
TARA EDEN PEARL,

    Defendants.

<u>DECLARATION OF ROBERT STEVENS</u>

I, Robert Stevens state the following:

1.  I am over the age of 18 and otherwise competent to testify.  I make the following statements based on personal knowledge.

2.  I reside in West Palm Beach, Florida.  I am an experienced professional photographer and make a living from photography. Through AAP, I provide high-end real estate photography services to real estate brokers and agents in South Florida.

3.  I am AAP's principal photographer and its founder.  My work is sought after by real estate professionals throughout South Florida.  For the past eight years, I have photographed some of the most expensive real estate listings in U.S. history, including Donald Trump's mega-mansion in Palm Beach listed for $125 million. From Palm Beach to California, the Bahamas and New York, I have been contracted to photograph the estates of Madonna, Celine Dion, Don

King, Greg Norman, Rod Stewart, Ivana Trump, James Patterson, Alexander Haig, Ann Downey, Frank McKinney, Bill Gates, Tommy Lee Jones, Bryant Gumble and Chris Evert.

4.      The techniques that I use are difficult to execute effectively. My photos are made using special aerial photography capture techniques that employ drones or other technology to capture photographs from angles that would not otherwise be possible.

5.      I created three photographs entitled "Palm Beach Island Sunrise 2011 AAP, Nov. 22, 2011" ("Sunrise Work"), "3813 N Ocean Blvd low aerial 2016 AAP" ("3813 N Ocean Work"), and "Palm Beach Biltmore Aerial C 2011 AAP, Jun. 11, 2011" ("Biltmore Work") which are shown below and referred to herein as the "Works."



Palm Beach Island Sunrise 2011 AAP, Nov. 22, 2011



3813 N Ocean Blvd low aerial 2016 AAP



Palm Beach Biltmore Aerial C 2011 AAP, Jun. 11, 2011

6.      I registered the Works with the Register of Copyrights on September 16, 2015, June 21, 2018, and July 9, 2015 and was assigned the registration number VA 1-970-038, VA 2-107-890, and VA 2-092-956, respectively. The certificates of Registration are attached hereto as Exhibit 1.

7.      AAP own all rights, title, and interest, including copyrights, in and to the Works by nature of both written assignment by me to AAP and by nature of the fact that the Works were works for hire taken on behalf of AAP.

8.      Significant technical attributes were required to make the Works including; monitoring the environment with regard to atmospheric conditions, cloud cover, wind speed, wind direction, and precipitation; extensive image location scouting to identify potential photo locations, angles, elevations, accessibility, and security issues; obtaining authorizations to secure access to private property; and using advanced photo exposure control, both in-camera and via post-production software, to ensure a common brightness, contract, clarity, color temperature, color saturation, color tonality, and image noise reduction.

9.      The Works are scarce not only due to their high quality but also the unique techniques applied to achieve such amazing results.

10.     The typical range of fees I receive for creating and licensing the right to make non-exclusive commercial use (meaning use for purposes of advertising or promoting the licensee's business) and displaying on the internet of one of my copyrighted photographs similar in quality and popularity to the Works is approximately $1,000, per year, per photograph.

11.     It is my understanding that Tara Eden Pearl ("Pearl") is an individual who owns the licensed real estate corporation Palm Beach Real Estate, Inc. (PBRE) (collectively "Defendants"), and is the broker for PBRE. At all times relevant herein, PBRE owned and

operated the website at the URL www.palmbeachrealestateinc.com (the "Website").  The Website advertises that it specializes in luxury oceanfront and lakefront homes from Vero Beach to Miami.

12.     On or about July 2018 and March 2017, Defendants copied the Works without my permission and used them to advertise and promote the sale of goods and services as part of its real estate business. Defendants' infringements are attached hereto as Exhibit 2.

13.     Defendants have never been licensed to use the Works for any purpose.

14.     After Defendants copied the Works, they made further copies and distributed the Works on the internet to promote the sale of its goods and services.

15.     Through my counsel I notified Defendnats of the allegations set forth herein on July 22, 2019 and October 2, 2019.  To date, Defendants have failed to respond to Plaintiff's Notices.

16.     Had Defendants hired AAP to create and license the Works and to reproduce and display the Works on its website, I would have charged at least $1,000 per year to use the photograph.

17.     The ability of the Defendants to reproduce, modify, distribute and display the copyrighted Work for its own commercial benefit without compensation to me greatly impairs the market value of the Work since others competing with that business, or in related business areas, will not want to obtain a license to my Work if they are already associated with a competing business.  Similarly, potential licensees of my copyrighted photographs will not want to pay my license fees if they see other commercial enterprises taking and using my photographs for its own commercial purposes without paying any fee at all.

18.     The Works have lost significant value to their scarcity by the widespread and continuing dissemination resulting from Svanstedt's infringement.

19.     I believe my damages to be $18,000 per year after considering a scarcity multiplier of 6 to the licensing fee of $1,000 per image, per year.

20.     When I publish my works, including those at issue here I include Copyright Management Information ("CMI") in the form of a copyright notice, which consists of the © copyright symbol, the year the image was published, and AAP's name in the lower right or left hand corner of the images.

21.     In addition to reproducing and displaying my photographs without permission, Defendants removed my copyright notice in an attempt to cover up their infringement and facilitate others to commit further infringements.

22.     The removal of my copyright management information eliminated my right and ability to control the use and transmission of the Works and made it vulnerable to becoming an orphan work.

23.     The removal of my copyright management information interfered with my actual and prospective relationships with clients who might otherwise compensate me for the licensed use of the Works.

24.     The removal of my copyright management information prevents me from granting any broadly exclusive license in the Work to a third party, and even in the event that a third party does not require an exclusive license, few such clients would consider licensing my image for use in connection with services similar to those provided by the defendant.

I swear of affirm the foregoing is true and correct under penalties of perjury.

DATED:  October 15, 2020

_Robert Stevens_

Robert Stevens

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

# Exhibit
# 1

Case 9:20-cv-81307-XXXX Document 1-1 Entered on FLSD Docket 08/17/2020 Page 2 of 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# VA 1-970-038

**Effective Date of Registration:**
September 16, 2015

## Title

**Title of Work:** Group Registration Photos, Selected 2011 Photographs Part A1 Including Waterview Towers, Juno Beach Pier, Trianon, One Singer Island and Others published Apr. 30, 2011 to Nov. 22, 2011; 87 photos

**Content Title:** Bethesda Breakers aerial 2011 AAP, Apr. 30, 2011; Palm Beach Towers aerial a 2011 AAP, Apr. 30, 2011; Kravis Center WPB aerial c 2011 AAP, Apr. 30, 2011; Tourneau Clock Worth Ave 2011 AAP, Apr. 30, 2011; West Palm Night Lights 2011 AAP, Apr. 30, 2011; Roger Dean Stadium Jupiter 2011 AAP, Apr. 30, 2011; Palm Beach Biltmore aerial d 2011 AAP, Apr. 30, 2011; One Watermark Place and Boats a 2011 AAP, Apr. 30, 2011; Trianon West Palm aerial G 2011 AAP, Apr. 30, 2011; One Watermark Place and Boats b 2011 AAP, Apr. 30, 2011; Sun & Surf Palm Beach aerial a 2011 AAP, Apr. 30, 2011; Martinique Singer Island aerial a 2011 AAP, Apr. 30, 2011; Hel 2011 264 copy, Apr. 30, 2011; Juno Beach Pier B 2011 AAP, Apr. 30, 2011; Juno Beach Pier A, Apr. 30, 2011 AAP, 2011; Kayakers from above 2011 AAP, Apr. 30, 2011; 8764 SE North Passage Way Aerial 1, Apr. 30, 2011; Juno Beach Pier sunrise B 2011 AAP, Apr. 30, 2011; Juno Beach Pier sunset d 2011 AAP, Apr. 30, 2011; Waterview Towers WPB aerial b 2011 AAP, Apr. 30, 2011; West Palm aerial pano B 2011 AAP, Apr. 30, 2011; Ballantrae Gulf Stream aerial a 2011 AAP, Apr. 30, 2011; Breakers Hotel Palm Beach aerial d 2011 AAP, Apr. 30, 2011; Sun & Surf Palm Beach aerial b 2011 AAP, Apr. 30, 2011;Sun and Surf aerial c 2011 AAP, Apr. 30, 2011; PGA clubhouse aerial 2011 AAP, Apr. 30, 2011; Waterview Towers WPB aerial a 2011 AAP, Apr. 30, 2011; Bethesda Breakers aerial 2011 AAP, Apr. 30, 2011; Slade Building WPB aerial d 2011 AAP, Apr. 30, 2011; Biltmore Night X 2011 AAP, Apr. 30, 2011;

Toscana Highland Beach aerial a 2011 AAP, Nov. 22, 2011; Marina Grande aerial d
2011 AAP, Nov. 22, 2011; Parc Regent aerial A 2011 AAP, Nov. 22, 2011; Biltmore
Palm Beach 2011 aerial b 2011 AAP, Nov. 22, 2011; Palm Beach Biltmore Aerial C
2011 AAP, Nov. 22, 2011; Palm Beach Island Sunrise 2011 AAP, Nov. 22, 2011; Four
Arts B 2011 AAP, Nov. 22, 2011; Four Arts A 2011 AAP, Nov. 22, 2011; One Singer
Island Game Room C 2011 AAP, Nov. 22, 2011; One Singer Island sitting area A 2011
AAP, Nov. 22, 2011; One Singer Island Theater 2011 AAP, Nov. 22, 2011; One Singer
Island Hall A 2011 AAP, Nov. 22, 2011; One Singer Island social room 2011 AAP,
Nov. 22, 2011; One Singer Island sitting area B 2011 AAP, Nov. 22, 2011;

One
Singer Island lounge 2011 AAP, Nov. 22, 2011; One Singer Island game room
2011
AAP, Nov. 22, 2011; One Singer Island Fitness 2011 AAP, Nov. 22, 2011; One
Singer
Island Hall B 2011 AAP, Nov. 22, 2011; West Palm Beach fireworks 2011
AAP, Nov.
22, 2011; Flagler Museum full moon 2011 AAP, Nov. 22, 2011; Palm Beach
Clock
Tower A 2011 AAP, Nov. 22, 2011; Blowing Rocks Jupiter Island sunset 2011
AAP,
Nov. 22, 2011; 8764 SE North Passage Way Aerial 2, Nov. 22, 2011; 8764 SE
North
Passage Way Dock, Nov. 22, 2011; Singer Island Pano K 2011 AAP, Nov. 22,
2011;
Singer Island beach pano 2011 AAP, Nov. 22, 2011; PGA sunset A 2011 AAP,
Nov. 22,
2011; PGA sunset B 2011 AAP, Nov. 22, 2011; Old Port Cove sunset 2011
AAP, Nov.
22, 2011; One Watermark Place at sunset 2011 AAP, Nov. 22, 2011; 176
Spyglass Ln
aerial 2011 AAP, Nov. 22, 2011; The Villas Palm Beach 2011 AAP, Nov. 22,
2011;
Trump Plaza game room AAP 2011, Nov. 22, 2011; Ibis Golf and Country Club
B 2011
AAP, Nov. 22, 2011; The Loxahatchee Club Clubhouse sunset 2011 AAP, Nov.
22,
2011; Old Port Cove aerial a 2011 AAP, Nov. 22, 2011; Water Glades Singer
Island
aerial a 2011 AAP, Nov. 22, 2011;

Connemara Singer Island aerial a 2011 AAP, Nov.
22, 2011; Dune Towers aerial a 2011 AAP, Nov. 22, 2011; Seagrape Singer
Island
aerial 2011 AAP, Nov. 22, 2011; Dunes Singer Island aerial a 2011 AAP, Nov.
22,
2011; Eastpointe of Singer Island, Nov. 22, 2011; Eastpointe Singer Island
Aerial
a 2011 AAP, Nov. 22, 2011; One Singer Island aerial a 2011 AAP, Nov. 22,
2011;
Reaches Singer Island aerial a 2011 AAP, Nov. 22, 2011; Capri of Singer Island

aerial a 2011 AAP, Nov. 22, 2011; Corniche Singer Island aerial a 2011 AAP,
Nov.
22, 2011; Via Delfino Singer Island aerial a 2011 AAP, Nov. 22, 2011;
Seawinds
Singer Island aerial a 2011 AAP, Nov. 22, 2011; Oceans Edge aerial H 2011
AAP,
Nov. 22, 2011; Oceans Edge at Singer Is aerial a 2011 AAP, Nov. 22, 2011;
Beach
Front Singer Island aerial a 2011 AAP, Nov. 22, 2011; Cote D Azur Singer
Island
aerial a 2011 AAP, Nov. 22, 2011; Martinique Singer Island aerial b 2011 AAP,

Nov. 22, 2011; Tiara Singer Island aerial a 2011 AAP, Nov. 22, 2011; Phoenix
Towers Singer Is aerial a 2011 AAP, Nov. 22, 2011; Cannonsport Singer Island



aerial a 2011 AAP, Nov. 22, 2011;

## Completion/Publication

Year of Completion: 2011
Date of 1st Publication: April 30, 2011
Nation of 1st Publication: United States

## Author

• Author: AFFORDABLE AERIAL PHOTOGRAPHY, INC.
Author Created: photograph
Work made for hire: Yes
Citizen of: United States

## Copyright Claimant

Copyright Claimant: AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

Name: Robert Stevens
Date: September 16, 2015

Copyright Office notes: Basis for Registration: Registered as a group of published photographs.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-107-890

**Effective Date of Registration:**
June 21, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 04, 2016 to August 05, 2016

## Title

| | |
|---|---|
| **Title of Group:** | Selected 2016 Photographs R20 Including 12235 Tillinghast Cir, 3813 N Ocean Blvd and Others Case Number 1-6471891076 |
| **Number of Photographs in Group:** | 7 |
| • **Individual Photographs:** | 12235 Tillinghast Cir front nite 2016 AAP, 3813 N Ocean Blvd low aerial 2016 AAP |
| **Published:** | January 2016 |
| • **Individual Photographs:** | Cypress Island Cir aerial 2016 AAP, 005 |
| **Published:** | March 2016 |
| • **Individual Photographs:** | 386 S Beach Rd rear aerial 2016 AAP |
| **Published:** | April 2016 |
| • **Individual Photographs:** | Singer Island sunrise 004b 2016 AAP |
| **Published:** | June 2016 |
| • **Individual Photographs:** | 107 Valencia Blvd front 2016 AAP |
| **Published:** | August 2016 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Earliest Publication Date in Group:** | January 04, 2016 |
| **Latest Publication Date in Group:** | August 05, 2016 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |

Page 1 of 2

**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** May 31, 2018

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that
correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be
registered on one application with one filing fee only under limited
circumstances. ALL of the following are required: 1. All photographs (a) were
created by the same author AND (b) are owned by the same copyright claimant
AND (c) were published in the same calendar year AND 2. The group contains
750 photographs or less AND 3. A sequentially numbered list of photographs
containing the title, file name and month of publication for each photograph
included in the group must be uploaded along with other required application
materials. The list must be submitted in an approved document format such as
.XLS or .PDF. The file name for the numbered list must contain the title of the
group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-092-956

**Effective Date of Registration:**
July 09, 2015

---

## Title

**Title of Work:** Group Registration Photos, Selected 2011 Photographs Including Breakers, Trianon, Biltmore, One Singer Island, Trump Plaza and Others, published Jan. 28, 2011 to Nov. 22, 2011; 35 photos

**Content Title:** Bethesda Breakers aerial 2011 AAP, Jan. 28, 2011; West Palm Night Lights 2011 AAP, March 17, 2011; Roger Dean Stadium Jupiter 2011 AAP, March 18, 2011; Trianon West Palm aerial G 2011 AAP, March 26, 2011; Juno Beach Pier B 2011 AAP, Apr. 1, 2011; Juno Beach Pier A 2011 AAP, Apr. 1, 2011; 8764 SE North Passage Way Aerial 1, Apr. 2, 2011; North Passage Aerial Tequesta, Apr. 2, 2011; Juno Beach Pier sunrise B 2011 AAP, Apr.3, 2011; West Palm aerial pano B 2011 AAP, Apr. 9, 2011; Biltmore Night X 2011 AAP, Apr. 30, 2011; Parc Regent aerial A 2011 AAP, Jun. 11, 2011; Palm Beach Biltmore Aerial C 2011 AAP, Jun. 11, 2011; Four Arts B 2011 AAP, Jun. 22, 2011; Four Arts A 2011 AAP, Jun. 22, 2011; One Singer Island Game Room C 2011 AAP, Jul. 1, 2011; One Singer Island sitting area A 2011 AAP, Jul. 1, 2011; One Singer Island Theater 2011 AAP, Jul. 1, 2011; One Singer Island Hall A 2011 AAP, Jul. 1, 2011; One Singer Island social room 2011 AAP, Jul. 1, 2011; One Singer Island sitting area B 2011 AAP, Jul. 1, 2011; One Singer Island lounge 2011 AAP, Jul. 1, 2011; One Singer Island game room 2011 AAP, Jul. 1, 2011; One Singer Island Fitness 2011 AAP, Jul. 1, 2011; One Singer Island Hall B 2011 AAP, Jul. 1, 2011; Palm Beach Clock Tower A 2011 AAP, Jul. 19, 2011; 8764 SE North Passage Way Aerial 2, Aug. 5, 2011; 8764 SE North Passage Way Dock, Aug. 5, 2011; Singer Island Pano K 2011 AAP, Aug. 26, 2011; PGA sunset A 2011 AAP, Sept. 12, 2011; PGA sunset B 2011 AAP, Sept. 12, 2011; The Villas Palm Beach 2011 AAP, Oct. 24, 2011; Trump Plaza game room AAP 2011, Oct. 25, 2011; Ibis Golf and Country Club B 2011 AAP, Oct. 26, 2011; Oceans Edge aerial H 2011 AAP, Nov. 22, 2011;

---

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** January 28, 2011
**Nation of 1st Publication:** United States

---

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC
  **Author Created:** photograph

Page 1 of 2

**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC
1123 Melinda Ln, Haverhill, FL, 33417

## Certification

**Name:** Robert Stevens
**Date:** July 09, 2015

# Exhibit

# 2



Case 9:20-cr-81297-RKA Document 12-1 Entered on FLSD Docket 10/15/2020 Page 3 of 25

# side by side photo comparisons



cropped

original photo

cropped

cropped

cropped

HOME SWEET HOME

#LiveInPalmBeach

Palm Beach Real Estate Inc.

Make #PalmBeach your Home Sweet Home!

Like    Comment    Share

copyright management information removed

# SPECIALIZING IN
## LUXURY OCEANFRONT & LAKEFRONT HOMES - VERO TO MIAMI



EXCLUSIVE LISTINGS | LUXURY HOMES | PRIME OPPORTUNITIES

## 3813 NORTH OCEAN BOULEVARD
### DIRECT OCEANFRONT ESTATE - BEST SOUTH FLORIDA WATERFRONT VALUE
### OCEANFRONT PALM BEACH COUNTY - NEVER AGAIN AT THIS PRICE POINT

cated in the chic town of Gulf Stream—"the" low key, unassuming sweet spot between Boca/Delray & Manalapan/Palm Beach; nutes to everywhere & everything. Manageable & comfortable. This important property is five bedrooms, 8,000 total sq. ft. custom lt in 2001. Recently reminted in 2015 to blend Classical with Modern creating a warm, inviting design. Fantastic re-imagined aces featuring high ceilings, well-scaled rooms & open entertaining areas including: an enviable gathering kitchen with a 27 ft. and, a formidable & handsome office & a fabulous downstairs Oceanfront grand master suite. An important elevation & vantage int provides that most every turn in this Direct Ocean estate revisits Commanding Ocean views. Setback behind a security gate at frames the property affording the utmost privacy & security. It's your turn to live in an Oceanfront estate. This is undoubtedly lm Beach County's best buying opportunity as an equity hold or investment -blink - it will be sold. $10,750,000.



# PALM BEACH REAL ESTATE, INC.

## @3480

### PALM BEACH ISLAND

189 BRADLEY PLACE, PALM BEACH, FL 33480 (NEXT DOOR TO MEAT MARKET) | 561-833-0238

# Palm Beach
# Real Estate Guide



side by side photo comparisons

original photo

cropped     cropped     cropped

cropped

cropped

copyright management information removed



SPECIALIZING IN
LUXURY OCEANFRONT & LAKEFRONT HOMES - VERO TO MIAMI

EXCLUSIVE LISTINGS  |  LUXURY HOMES  |  PRIME OPPORTUNITIES

### 3813 NORTH OCEAN BOULEVARD
DIRECT OCEANFRONT ESTATE – BEST SOUTH FLORIDA WATERFRONT VALUE
OCEANFRONT PALM BEACH COUNTY – NEVER AGAIN AT THIS PRICE POINT

ocated in the chic town of Gulf Stream—"the" low key, unassuming sweet spot between Boca/Delray & Manalapan/Palm Beach; inutes to everywhere & everything. Manageable & comfortable. This important property is five bedrooms, 8,000 total sq. ft. custom iilt in 2001. Recently reminted in 2015 to blend Classical with Modern creating a warm, inviting design. Fantastic re-imagined aces featuring high ceilings, well-scaled rooms & open entertaining areas including: an enviable gathering kitchen with a 27 ft. and, a formidable & handsome office & a fabulous downstairs Oceanfront grand master suite. An important elevation & vantage iint provides that most every turn in this Direct Ocean estate revisits Commanding Ocean views. Setback behind a security gate at frames the property affording the utmost privacy & security. It's your turn to live in an Oceanfront estate. This is undoubtedly ilm Beach County's best buying opportunity as an equity hold or investment -blink - it will be sold.  $10,750,000.



PALM BEACH REAL ESTATE, INC.

@3480

PALM BEACH ISLAND

189 BRADLEY PLACE, PALM BEACH, FL 33480 (NEXT DOOR TO MEAT MARKET)  |  561-833-0238

July 2018 • The Palm Beach Real Estate Guide, Inc. • 23



## NEWS





**Palm Beach is the Perfect Destination to Rent!**

In the spotlight, rental properties in Palm Beach, Florida are in high demand. Palm Beach has some of the best luxury rental properties available whether you're looking for a seasonal or annual rental.

Located between the Atlantic Ocean and Intracoastal Waterway, Palm Beach is surrounded by water. The Island allows visitors and residents to enjoy year-round sun, sand, and water. The luxury rental properties in Palm Beach, Florida have close access to some of the best beaches in the state. The tropical warm temperatures make a live like you're on a permanent vacation. If you're looking to escape the cold, we can find you the perfect rental properties in Palm Beach, Florida! You can find luxury apartments, condos, townhouses or waterfront estates for rent in Palm Beach, Florida. Let us make 33480 your permanent zip code to help you find a seasonal rental that makes Palm Beach feel like your home away from home.

Dedicated to the good life, Palm Beach has something to offer for everybody. You can make golf your perfect pastime or spend the day shopping along Worth Avenue. If you're a history enthusiast, enjoy the day discovering the legacies of Palm Beach by taking a trip to the Flagler Museum. Also, take advantage of the weather and spend the day outside with family and friends. Palm Beach is home to some of the best restaurants with a wide range of fine dining available. Palm Beach has something for everyone. If you're looking for a place to stay, let us find you the perfect seasonal or annual rental properties in Palm Beach, Florida!

Call Tora Eden Pinet to hear about her quiet availabilities and pocket listings in Palm Beach, Florida and surrounding areas.

[madbutton id="1"]

189 Bradley Place
Palm Beach, FL 33480
Phone: (561) 833-0238
Email: Pearl@Palmbeachrealestateinc.com

 Share this post

 Author



admin

**RELATED POSTS**



**Houses for Sale in Wellington, Florida!**
Wellington has Some of the Best Houses for Sale in South Florida. Wellington is located in the western-most part of... read more >



**Palm Beach County is Bringing in the Holiday Spirit!**
The warm weather isn't stopping South Florida from getting into the holiday season. Just replace the white snow with... read more >



**Houses for Sale in Delray Beach, Florida!**
Find Your Home in Delray Beach Delray Beach is located on the coastal area of Palm Beach County between Boca... read more >

**Top 10 Things to Do in Palm Beach County This Winter**
The Weather is Cooling Down and Season has Arrived! Palm Beach County is bustling with a multitude of events, festivals,... read more >



**ABOUT US**
We are able to serve the needs of our buyers very differently than any other real estate firm because our agents, brokers and supporting staff are the most talented and experienced individuals. It is committed to completely fulfilling our clients needs through personally tailored service and high powered results.

**Contact Info**
Palm Beach Real Estate Inc.
189 Bradley Place, Palm Beach, FL 33480
Phone: 561-833-0238
Email: Pearl@Palmbeachrealestateinc.com

**Follow Us**

**Located on Palm Beach**




## NEWS

### Top 10 Things to Do in Palm Beach County This Winter

**The Weather is Cooling Down and Season has Arrived!**



189 Bradley Place
Palm Beach, FL 33480
Phone: (561) 833-0238
Email: Pearl@PalmBeachRealEstateInc.com

Share this post   

Author


admin



**RELATED POSTS**




**Houses for Sale in Wellington, Florida!**



**Palm Beach County is Bringing in the Holiday Spirit!**





**Houses for Sale in Delray Beach, Florida!**




**Rental Properties in Palm Beach, Florida**



**ABOUT US**

**Contact Info**
Palm Beach Real Estate Inc.
189 Bradley Place, Palm Beach, FL 33480
Phone: 561-833-0238
Email: Pearl@PalmBeachRealEstateInc.com

**Follow Us**

**Located on Palm Beach**



side by side photo comparison



original photo

cropped

cropped

copyright management information removed

©AAP 2011 all rights reserved