**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.: 9:20-cv-81307**

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

    Plaintiff,

v.

PALM BEACH REAL ESTATE, INC. AND
TARA EDEN PEARL,

    Defendants.

---

## DECLARATION OF JOEL B. ROTHMAN IN SUPPORT OF MOTION FOR FINAL DEFAULT

I, Joel B. Rothman, declare and say:

1. I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff AFFORDABLE AERIAL PHOTOGRAPHY, INC. ("AAP") in the above-captioned matter. I make this Declaration, which is filed in support of Plaintiff's Motion for Entry of a Final Judgment of Default and Incorporated Memorandum of Law, and I could and would testify competently to the matters set forth herein.

2. On August 12, 2020, AAP filed its Complaint against Defendants PALM BEACH REAL ESTATE, INC. AND TARA EDEN PEARL ("PBRE AND PEARL") [ECF 1].

3. AAP has incurred $488.10.00 in costs in pursuit of this case.

4. This figure includes $80.00 for process service, $400 in filing fees, and $8.10 for priority mail.

5. In addition to these costs, AAP has incurred $3387.50 in attorney's fees.

6. Attached as Exhibit 1 is our invoice that details the work done by SRIPLAW in connection with this matter.

7. Though the matter was uncontested, considerable time was spent investigating the factual circumstances of the matter, drafting the notice letter to PBRE and Pearl, drafting the Complaint in this matter, obtaining the Default, and drafting the Motion for entering Default Judgment, and corresponding Declarations.

8. My billing rate is $475 per hour and I expended 0.1 hours on this matter.

9. Attorney Jason S. Weiss' billing rate for 2019 was $375 and he expended 0.2 hours. Attorney Weiss' billing rate for 2020 is $425 per hour and he expended 0.2 hours on this matter.

10. Attorney Craig A. Wirth has a billing rate of $350 per hour and expended 1.0 hour on this matter.

11. Attorney Meir Teitelbaum's billing rate was $250 for 2019 and he expended 1.0 hours. Attorney Teitelbaum's billing rate for 2020 is $300 per hour and he expended 5.3 hours on this matter.

12. Paralegal Jamie C. James has a billing rate of $200 per hour and expended 4.4 hours on this matter

13. Paralegal Michael R. Mulvaney has a billing rate of $200 per hour and expended 0.3 hours on this matter.

14. Investigator Kimberly Abajian has a billing rate of $200 per hour and expended 0.1 hour on this matter.

15. Legal assistant Lia M. DiNuzzo had a billing rate of $125 per hour in 2019 and expended 0.1 hours. Ms. DiNuzzo's billing rate is $175 for 2020 and she expended 0.1 hours on this matter.

16. Following the lodestar method of multiplying the per hour billing rate times the number of hours expended on the matter, the total amount of attorney's fees are $3,387.50.

17. These fees are reasonable because they reflect the market rate for services of similar quality and nature in the local area.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 15, 2020 at Boca Raton, Florida.

_____
JOEL B. ROTHMAN

# Exhibit 1



**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350

Affordable Aerial Photography, Inc.
1938 Gray Falcon Circle SW
Vero Beach, FL 32962

## Invoice

| | |
|---|---|
| Invoice Number | 35123 |
| Invoice Date | 10/15/2020 |
| Payment Due On | 10/30/2020 |
| **Amount Due** | **$3,875.60** |

# 00022-0060 - Affordable Aerial Photography, Inc. v. Palm Beach Real Estate

Copyright Infringement FLORIDA

## Fees

| Date | Description | Staff | Rate | Hours | Total |
|---|---|---|---|---|---|
| 09/20/2019 | Services provided on 9/20/2019<br>- Matter review (0.10 hrs) | JSW | $425.00 | 0.10 | $42.50 |
| 10/01/2019 | Services provided on 10/1/2019<br>- 2019.07.22. Demand Letter to PBRE (1) edited and reviewed (0.10 hrs)<br>- Copyright - Follow-Up Demand Letter - Image NOT removed created (0.10 hrs)<br>- 1 email sent/reviewed regarding Affordable Aerial Photography, Inc. v. Palm Beach Real Estate, Inc. (0.10 hrs)<br>- 2019.10.01. Follow up Demand Letter to PBRE edited (0.10 hrs) | JCJ | $200.00 | 0.40 | $80.00 |
| 10/18/2019 | Services provided on 10/18/2019<br>- Matter review (0.10 hrs) | JCJ | $200.00 | 0.10 | $20.00 |

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/01/2019 | Services provided on 11/1/2019<br>- 3 emails sent/reviewed regarding Affordable Aerial Photography, Inc. v. Palm Beach Real Estate, Inc. ; Case No.: (0.10 hrs) | JSW | $425.00 | 0.10 | $42.50 |
| 11/01/2019 | Services provided on 11/1/2019<br>- 2 emails sent/reviewed regarding Affordable Aerial Photography, Inc. v. Palm Beach Real Estate, Inc. ; Case No.: (0.10 hrs)<br>- Matter review (0.10 hrs) | JCJ | $200.00 | 0.20 | $40.00 |
| 11/21/2019 | Services provided on 11/21/2019<br>- Matter review (0.10 hrs) | LMD | $125.00 | 0.10 | $12.50 |
| 12/06/2019 | Services provided on 12/6/2019<br>- 2019.07.22. Demand Letter to PBRE reviewed (0.10 hrs)<br>- Copyright Complaint with CMI Removal created (0.60 hrs) | MT | $250.00 | 0.70 | $175.00 |
| 12/09/2019 | Services provided on 12/9/2019<br>- Demand Letter reviewed (0.10 hrs) | MT | $250.00 | 0.10 | $25.00 |
| 12/11/2019 | Services provided on 12/11/2019<br>- Matter review (0.10 hrs)<br>- Exhibit 2 - Infringement edited (0.10 hrs)<br>- JBR Summons created (0.10 hrs)<br>- Exhibit 3 - Demand Letters edited (0.10 hrs)<br>- Copyright Complaint with CMI Removal edited (0.70 hrs)<br>- 2019.10.01. Follow up Demand Letter to PBRE reviewed (0.10 hrs)<br>- FLSD Civil Cover Sheet created (0.10 hrs)<br>- COI-CDS created (0.10 hrs)<br>- Exhibit 1 - Registrations edited (0.10 hrs)<br>- Affordable Aerial Photography, Inc. - Intellectual Property Litigation - Palm Beach Real Estate, Inc. - Copyright Infringement<br>FLORIDA (0.10 hrs) | JCJ | $200.00 | 1.60 | $320.00 |
| 03/16/2020 | Services provided on 3/16/2020<br>- 2019.07.22. Demand Letter to PBRE reviewed (0.10 hrs) | MT | $250.00 | 0.10 | $25.00 |
| 05/05/2020 | Services provided on 5/5/2020<br>- Matter review (0.10 hrs) | KAA | $200.00 | 0.10 | $20.00 |
| 05/19/2020 | Services provided on 5/19/2020<br>- 2019.10.01. Follow up Demand Letter to PBRE reviewed (0.10 hrs) | MT | $250.00 | 0.10 | $25.00 |

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/15/2020 | Services provided on 6/15/2020<br>- Matter review (0.10 hrs) | JCJ | $200.00 | 0.10 | $20.00 |
| 07/16/2020 | Services provided on 7/16/2020<br>- 1 email sent/reviewed regarding Complaint and Supporting Docs - Affordable Aerial Photography, Inc. v. Palm Beach Real Estate, Inc. (0.10 hrs) | CAW | $350.00 | 0.10 | $35.00 |
| 07/16/2020 | Services provided on 7/16/2020<br>- 2 emails sent/reviewed regarding Complaint and Supporting Docs - Affordable Aerial Photography, Inc. v. Palm Beach Real Estate, Inc. (0.20 hrs) | JSW | $375.00 | 0.20 | $75.00 |
| 07/20/2020 | Services provided on 7/20/2020<br>- 1 email sent/reviewed regarding Complaint and Supporting Docs - Affordable Aerial Photography, Inc. v. Palm Beach Real Estate, Inc. (0.20 hrs) | CAW | $350.00 | 0.20 | $70.00 |
| 07/20/2020 | Services provided on 7/20/2020<br>- 1 email sent/reviewed regarding Complaint and Supporting Docs - Affordable Aerial Photography, Inc. v. Palm Beach Real Estate, Inc. (0.10 hrs) | JBR | $475.00 | 0.10 | $47.50 |
| 07/29/2020 | Services provided on 7/29/2020<br>- Matter review (0.10 hrs) | JCJ | $200.00 | 0.10 | $20.00 |
| 08/04/2020 | Services provided on 8/4/2020<br>- Exhibit 3 - Demand Letters edited (0.10 hrs)<br>- Copyright Complaint with CMI Removal edited (0.30 hrs)<br>- Exhibit 2 - Infringement edited (0.10 hrs)<br>- Exhibit 1 - Registrations edited (0.10 hrs)<br>- Matter review (0.10 hrs) | JCJ | $200.00 | 0.70 | $140.00 |
| 08/12/2020 | Finalize and file Complaint with the United States District Court for the Southern District of Florida.<br>- Copyright Complaint with CMI Removal edited (0.10 hrs)<br>- FLSD Civil Cover Sheet edited (0.10 hrs)<br>- JBR Summons edited (0.10 hrs)<br>- JBR Summons - 2nd Def created (0.10 hrs)<br>- Case Expense Checklist created, then edited (0.10 hrs)<br>- COI-CDS edited (0.10 hrs)<br>- 1 message sent/reviewed (0.10 hrs)<br>- Matter admin (0.10 hrs) | JCJ | $200.00 | 0.80 | $160.00 |
| 08/14/2020 | Services provided on 8/14/2020<br>- 1 internal message sent/reviewed (0.10 hrs) | LMD | $175.00 | 0.10 | $17.50 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 08/18/2020 | Services provided on 8/18/2020<br>- Email attachment reviewed - DE 0006. ORDER re- Proof of Service. Signed by Judge Roy K. Altman on 8172020. See attached document for fu (2020.08.17) (0.10 hrs) | JCJ | $200.00 | 0.10 | $20.00 |
| 08/24/2020 | Services provided on 8/24/2020<br>- 1 email sent/reviewed regarding Affordable Aerial Photography, Inc. v. Palm Beach Real Estate, Inc. & Pearl Case No. 9:20-cv-81307 (0.10 hrs)<br>- Matter admin (0.10 hrs) | JCJ | $200.00 | 0.20 | $40.00 |
| 08/28/2020 | File executed affidavits of service with the court<br>Service filed against both defendants | MRM | $200.00 | 0.30 | $60.00 |
| 09/21/2020 | Services provided on 9/21/2020<br>- Matter admin (0.10 hrs) | JCJ | $200.00 | 0.10 | $20.00 |
| 10/05/2020 | Services provided on 10/5/2020<br>- 1 email sent/reviewed regarding Draft for Entry of Clerk's Default - Affordable Aerial Photography, Inc. v. Palm Beach Real Estate, Inc. & Pearl Case No. 9:20-cv-81307 (0.10 hrs) | CAW | $350.00 | 0.10 | $35.00 |
| 10/08/2020 | Services provided on 10/8/2020<br>- 4 emails sent/reviewed regarding New filing in Affordable Aerial Photography, Inc. v. Palm Beach Real Estate, Inc. et al: ORDER ON DEFAULT FINAL JUDGMENT (flsd-9:2020-cv-81307) (0.3hs) | CAW | $350.00 | 0.30 | $105.00 |
| 10/15/2020 | Discussed and drafted affidavit with client | MT | $300.00 | 0.50 | $150.00 |
| 10/15/2020 | Drafted declaration of JBR | MT | $300.00 | 0.30 | $90.00 |
| 10/15/2020 | Drafted motion for Final Default Judgment | MT | $300.00 | 4.00 | $1,200.00 |
| 10/15/2020 | Drafted proposed order for Final Default Judgment | MT | $300.00 | 0.50 | $150.00 |
| 10/15/2020 | Reviewed docs drafted by M Teitelbaum prior to filing | CAW | $350.00 | 0.30 | $105.00 |
| | | | | | **$3,387.50** |

## Expenses

| Date | Description | Cost | Qty | Total |
|---|---|---|---|---|
| 07/22/2019 | Disbursement to courier for shipment of documents | $8.10 | 1.00 | $8.10 |

| | | | | |
|---|---|---|---|---|
| 08/12/2020 | Disbursement to the United States District Court for the filing fee of new Complaint. | $400.00 | 1.00 | $400.00 |
| 08/28/2020 | Disbursement for fee for service of process of Summons and Complaint. Majestic Process Invoice No. SR 2020 - 45 dated August 26, 2020 | $80.00 | 1.00 | $80.00 |
| | | | | $488.10 |

| | | |
|---|---|---|
| | Subtotal | $3,875.60 |
| | Total | $3,875.60 |
| | **Total Balance Due** | **$3,875.60** |

## Professional Fee Summary

| Name | Hours | Rate | Total |
|---|---|---|---|
| JBR | 0.10 | $475.00 | $47.50 |
| JSW | 0.20 | $425.00 | $85.00 |
|  | 0.20 | $375.00 | $75.00 |
| CAW | 1.00 | $350.00 | $350.00 |
| MT | 5.30 | $300.00 | $1,590.00 |
|  | 1.00 | $250.00 | $250.00 |
| JCJ | 4.40 | $200.00 | $880.00 |
| KAA | 0.10 | $200.00 | $20.00 |
| MRM | 0.30 | $200.00 | $60.00 |
| LMD | 0.10 | $175.00 | $17.50 |
|  | 0.10 | $125.00 | $12.50 |
| **Total** | **12.80** |  | **$3,387.50** |